UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| WILLIAM BLIEGE, | |
|---|---|
| Plaintiff, | CASE NO. 3:17-cv-05001 RBL JRC |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (Dkt. 15), and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Based on the stipulation of the parties, it is ORDERED that, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's decision in regard to plaintiff's application for Disability Insurance Benefits and Supplemental Security Income under Titles II and XVI,

respectively, of the Social Security Act is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings before an Administrative Law Judge (ALJ), a de novo hearing, and a new decision. On remand, the ALJ shall provide plaintiff with an opportunity to submit additional evidence; if warranted, reassess plaintiff's residual functional capacity; obtain supplemental evidence from a vocational expert to determine whether there are a significant number of jobs in the national economy that plaintiff can perform; before relying on the vocational expert evidence, identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles (DOT) (Social Security Ruling 00-4p); give plaintiff an opportunity for a hearing; and issue a new decision; and

(3) Plaintiff shall be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), following proper request to this Court; and

(4) The Clerk is directed to enter Judgment and close this case.

Dated this 23rd day of May, 2017.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2